

# Fourth Court of Appeals
## San Antonio, Texas

September 27, 2019

No. 04-18-00833-CV

**IN THE INTEREST OF M.A.G. AND Z.A.G., CHILDREN**

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2017FLI001815 C3
Honorable Sid L. Harle, Judge Presiding

## O R D E R

Appellant, indigent and proceeding pro se, has filed a second motion for extension of time to file the appellant's brief in which he states that the clerk's record "is currently incomplete . . . since the (CR) filed goes up to the date of May 6, 2019 Ex. A but the trial court summary/docket sheet goes to June 19, 2019 Ex. B." The original clerk's record was filed in this court on May 9, 2019. Thereafter, a supplemental clerk's record was filed on June 11, 2019, which contains the trial court's "Order Granting Special Appearance by Webb County and Ponce Trevino, Setting Aside Default Judgment Against Ponce Trevino and Disposing of Motions Filed by Abelardo G. Gonzalez" signed on June 4, 2019. A second supplemental clerk's record was filed on June 20, 2019, which contains the trial court's "Findings of Fact and Conclusions of Law" signed on June 18, 2019. Therefore, the clerk's record filed in this court is complete. The clerk of this court is instructed to send appellant a copy of the two supplemental clerk's records for use in preparation of the appellant's brief.

Appellant's second motion for extension of time to file the appellant's brief is GRANTED. The appellant's brief is *due on October 25, 2019*, with no further extensions absent extraordinary circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of September, 2019.



Luz Estrada,
Chief Deputy Clerk